IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | 1:22CR356-1 |
|---|---|---|
| v. | : : : : | PETITION FOR WRIT OF HABEAS CORPUS AD |
| JOSHUAH TAYLOR BRADSHAW | : | PROSEQUENDUM |

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that JOSHUAH TAYLOR BRADSHAW, now in the custody of the Hoke County Jail, Raeford, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with violations of Title 18, United States Code, Section 2251(a) and (e), sexual exploitation of a child; and violations of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) and 2252A(a)(5)(B) and (b)(2), distribution and possession of child pornography.

It does not appear that the said JOSHUAH TAYLOR BRADSHAW will be released from custody in time to appear for arraignment at the March 2023 term of Court to be held in this District.

1

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said JOSHUAH TAYLOR BRADSHAW before the United States District Court, United States Courthouse, 323 East Chapel Hill Street, Durham, North Carolina, on March 29, 2023, at 10:00 a.m., for the purpose of arraignment in the case of the <u>United States of America v. Joshuah Taylor Bradshaw</u>, 1:22CR356-1, on that day or as soon thereafter as the Court may hear the same.

This the 17th day of March, 2023.

        Respectfully submitted,

        SANDRA J. HAIRSTON
        United States Attorney


        /S/ K.P. KENNEDY GATES
        Assistant United States Attorney
        NCSB #41259
        United States Attorney's Office
        Middle District of North Carolina
        101 S. Edgeworth St.
        Fourth Floor
        Greensboro, NC   27401
        Phone:   336/333-5351