IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR356-1 |
| | : | |
| JOSHUAH TAYLOR BRADSHAW | : | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE

NOW COMES the United States of America by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and hereby files this response to the defendant's motion to continue out of an abundance of caution, pursuant to the Court's June 2023 Scheduling Order:

1. This matter was placed on the June 2023 Criminal Term of Court.

2. The undersigned and counsel for the defendant have been in communication regarding the matter, including discovery, any pretrial motions, and resolution to the matter by either plea or trial.

3. On May 26, 2023, the defendant filed an unopposed motion to continue, noting the need to review additional discovery provided by the government. *See* Docket Entry 19.

4. There are currently no outstanding discovery issues. The government will continue to comply with its discovery obligations.

This the 26th day of May, 2023.

        Respectfully submitted,

        SANDRA J. HAIRSTON
        UNITED STATES ATTORNEY

        /S/ K. P. KENNEDY GATES
        Assistant United States Attorney
        NCSB #41259
        United States Attorney's Office
        Middle District of North Carolina
        101 S. Edgeworth St., 4th Floor
        Greensboro, NC  27401
        Phone:  336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Renorda E. Pryor, Esq.

Respectfully submitted,

SANDRA J. HAIRSTON
UNITED STATES ATTORNEY

/S/ K. P. KENNEDY GATES
Assistant United States Attorney
NCSB #41259
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

3

Case 1:22-cr-00356-CCE   Document 20   Filed 05/26/23   Page 3 of 3