IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      :
    :
v.      :     1:22CR356-1
    :
JOSHUAH TAYLOR BRADSHAW      :

<u>JOINT STATUS REPORT</u>

    Pursuant to the applicable Scheduling Order, counsel for the defendant

and counsel for the United States inform the Court as follows:

☐     A plea agreement has been signed and filed.

☐     The parties have agreed on a plea agreement and anticipate a written
plea agreement will be signed by

☐     The defendant intends to plead guilty without a written
plea agreement.

    *If any of the above three boxes is checked, check at least one box below:*

    ☐     the defendant consents to a video conference Rule 11 hearing.

    ☐     the defendant consents to a teleconference Rule 11 hearing.

    ☐     the defendant is or will be ready to proceed with a Rule 11
hearing as soon as an in-person hearing can be scheduled.

☒     The matter is not ready for Rule 11 hearing or trial because:

    ☒     there is pending motion which must be resolved. The motion is
defendant's motion to suppress. *See* Dkt. # 21.

    The motion ☒ does ☐ does not require a hearing at which the
defendant must be present.

☒ there is pending motion which must be resolved. The motion is defendant's unopposed motion to continue trial. *See* Dkt. # 19.

The motion ☐ does ☒ does not require a hearing at which the defendant must be present.

☒ there is pending motion which must be resolved. The motion is government's unopposed motion to set trial date certain and reset deadlines. *See* Dkt. #23.

The motion ☐ does ☒ does not require a hearing at which the defendant must be present.

☐ There are outstanding discovery issues which must be resolved.

☐ The defendant does not intend to plead guilty and the case needs to be set for jury trial.

☒ The parties have discussed the requirements of the Speedy Trial Act and

☐ The United States [ ] has filed [ ] intends to file a motion to exclude time from Speedy Trial Act calculations, to which the defendant will not or does not object.

☒ There are no Speedy Trial Act issues unless the expected Rule 11 hearing cannot be completed by August 13, 2023.

2

☐ Other information relevant to scheduling:

☒ If the parties agree on a scheduling or case management plan, provide the agreement here or in an attachment, with any explanation needed as to its propriety

    This the 31st day of May, 2023


SANDRA J. HAIRSTON
United States Attorney


/S/ K.P. KENNEDY GATES        /S/ RENORDA PRYOR
Assistant United States Attorney    Attorney for Defendant
NCSB: 41259
101 S. Edgeworth St., 4th Flr.
Greensboro, NC  27401
336/333-5351

3