IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:22CR356-1 |
| | : | |
| v. | : | |
| | : | PETITION FOR WRIT OF |
| | : | HABEAS CORPUS AD |
| JOSHUAH TAYLOR BRADSHAW | : | PROSEQUENDUM |

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that JOSHUAH TAYLOR BRADSHAW, now in the custody of the Hoke County Jail, Raeford, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with violations of Title 18, United States Code, Section 2251(a) and (e), sexual exploitation of a child; and violations of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1) and 2252A(a)(5)(B) and (b)(2), distribution and possession of child pornography.

It does not appear that the said JOSHUAH TAYLOR BRADSHAW will be released from custody in time to appear for motion hearing at the June 2023 term of Court to be held in this District.

1

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said JOSHUAH TAYLOR BRADSHAW before the United States District Court, United States Courthouse, 324 West Market Street, Greensboro, North Carolina, on June 9, 2023, at 2:00 p.m., for the purpose of motion hearing in the case of the <u>United States of America v. Joshuah Taylor Bradshaw</u>, 1:22CR356-1, on that day or as soon thereafter as the Court may hear the same.

This the 2nd day of June, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ K.P. KENNEDY GATES
Assistant United States Attorney
NCSB #41259
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St.
Fourth Floor
Greensboro, NC  27401
Phone:  336/333-5351