IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:22CR356-1 |
| | : | SEALED PURSUANT TO |
| JOSHUAH TAYLOR BRADSHAW | : | 18 U.S.C. § 3509(d) |

FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

***Bradshaw's Roommate Discovers Troubling Emails***

Joshuah Taylor Bradshaw ("Bradshaw") lived with his roommate, J.T., at J.T's residence, at a specified address on Fairfield Circle, Raeford, North Carolina 28376 ("Fairfield Residence"). On the evening of August 7, 2020, J.T. arrived at the Hoke County Sheriff's Office ("HCSO") to report Bradshaw was possibly sexually abusing ▬▬▬▬▬▬▬▬ Minor-1. ▬▬▬▬▬

On August 7, 2020, J.T. logged in to Bradshaw's email, bradshaw90@protonmail.com, to look for a coupon to use for Bradshaw's birthday dinner that night. Bradshaw had previously given J.T. access to his ProtonMail account to assist him with school-related matters. While searching

for the coupon on his own phone, J.T. saw a conversation within the email account that took place earlier the same day that described the sexual abuse of MINOR-1. J.T. took screenshots of the conversation and called the police. The police told him to try to go to the residence and get the child and get the child out of the house. When J.T. went to try to get the child, ███████ ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ███████████████ J.T. then called the police again, who told him to meet someone at the Hoke County Sheriff's Office to report the incident and spoke to Det. Sullivan.

Upon arrival at the Sheriff's Office, J.T. and ███████████ Parent-1, spoke with Det. Sullivan. Detectives Rigsbee ("Rigsbee") and Phillips ("Phillips") arrived when Det. Sullivan appeared to have just started speaking with J.T..

███████████████████████████████████████████████████████████
████████████ J.T. allowed Bradshaw to stay with him for several months and during a portion of that time, the two were involved in a romantic relationship. J.T. said he logged into Bradshaw's ProtonMail email to try to get a coupon for dinner when he saw the sexually explicit emails and started reading them. He provided Bradshaw's email account name. J.T. said that the emails "started getting terrible" and indicated that he "took screenshots of all of it, just in case

2

[Bradshaw] deleted it." J.T. indicated that in the emails Bradshaw talked about how he ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ J.T. said that he called police and

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

J.T. said that Bradshaw was talking to the unknown man from Georgia and was arranging to meet to do sexual things with Minor-1. J.T. said that "the guy was wanting videos and pictures of things happening, so [he did not] know if that's what [Bradshaw] was doing in the shower."



Parent-1 did not think anything of it due to Minor-1 saying off the wall comments.

### *Interview of Bradshaw at Fairfield Residence*

Law enforcement went to Bradshaw's address at ▓▓ Fairfield Circle, Raeford, North Carolina to do a welfare check on the Minor-1. Bradshaw was also interviewed.

3

During the interview, Bradshaw stated he uses bradshaw90@protonmail.com and was on the email account earlier the same day. Bradshaw told detectives he gave J.T. access to his ProtonMail account to assist him with school-related matters and further stated J.T. would not have used his ProtonMail account to send sexual messages. Bradshaw indicated that he was having problems with Cash App and that his proton mail was linked to Cash App. If he notices anything he deletes it.

Bradshaw provided consent for detectives to view his red iPhone 11, and detectives reviewed the iPhone in his presence. Detectives saw multiple emails exchanged between Bradshaw and a purported adult male by the name of "Tom W" regarding the sexual abuse of MINOR-1 on the iPhone. Bradshaw stated he did not know how the emails between him and "Tom W" got onto his phone.

Bradshaw stated he also used an additional iPhone and laptop. At the end of the interview, the Hoke County Sheriff's Office seized Bradshaw's red iPhone 11 cell phone, bearing IMEI 356547103719092, after viewing emails on Bradshaw's phone that were sent from Bradshaw's ProtonMail account and described the sexual abuse of MINOR-1.

### *Bradshaw's Emails*

After the interview of Bradshaw, J.T. provided a Hoke County Sheriff's Office detective with screenshots of emails exchanged between Tom W and Bradshaw's ProtonMail account (bradshaw90@protonmail.com). J.T. had

4

taken the screenshots prior to going to the police. During the conversation, Bradshaw described sexually abusing MINOR-1, making plans to meet with Tom W for the purpose of engaging in the sexual abuse of MINOR-1, and further stated he would allow Tom W to sexually abuse MINOR-1. Tom W also requested videos of the abuse.

### *Interview of Minor-1 on August 19, 2020*



### *HCSO's Search of Bradshaw's Red iPhone 11*

On August 19, 2020, Hoke County Sheriff's Office detectives obtained a signed search warrant for the search of Bradshaw's red iPhone 11 that was seized from him on August 7, 2020. A review of videos and images stored on the phone revealed over 150 videos and 200 images containing child pornography. Some of the child pornography videos and images included

Bradshaw and MINOR-1. Descriptions of some of the videos containing child pornography stored on Bradshaw's phone are as follows:

1. **Creation Date/ Time**: 2/17/2020 at 10:03 AM
   **File Name**: IMG_0012
   **Description**: A video, approximately 01:47 in length, that shows an adult male engaging in anal intercourse with Minor-1

2. **Creation Date/ Time**: 3/8/2020
   **File Name**: IMG_0087_1
   **Description**: A video, approximately 00:25 in length, that shows an adult male engaging in anal intercourse with a prepubescent minor male, Minor-1,

3. **Creation Date/ Time**: 5/29/2020 at 6:23 PM
   **File Name**: IMG_0329
   **Description**: A video, approximately 01:37 in length, that shows MINOR-1 laying on his back with a shirt on and his penis exposed, crying as an adult male engages in anal intercourse with MINOR-1.

4. **Creation Date/ Time**: 6/12/2020 at 6:48 PM
   **File Name**: IMG_0365
   **Description**: A video, approximately 00:02 in length, that shows MINOR-1 naked from the waist up, laying face up on top of Bradshaw.

5. **Creation Date/ Time**: 08/07/2020 at 5:45 PM
   **File Name**: IMG_0560
   **Description**: A video, approximately 00:35 in length, that shows an adult male engaging in anal intercourse with a prepubescent minor, who appears to be under the age of 10 and is lying face

6

down. The adult male is naked, and the prepubescent minor is wearing a red shirt. Both individuals depicted in the video are visible from the waist down.

Minor-1 and Bradshaw are identified in IMG_0560, IMG_0087_1 and IMG_0012 as the individuals in the videos appear to be Bradshaw and MINOR-1 from the waist down, similar bedding and environment are visible in the videos, and the videos are part of a series of videos with naming conventions that also begin with "IMG_". Video and image files created on phones are often automatically titled and often have naming conventions that begin with "IMG_". Files of this type are typically also named in sequential order, beginning with IMG_1 and continuing with IMG_2, IMG_3, etc. as files are created on the phone. When an existing file, such as IMG_0087, is saved to the phone a second time, a new file name, such as IMG_0087_1, is often times generated as the file name for the duplicate file.

### *Arrest of Joshuah Taylor Bradshaw:*

On August 28, 2020, an arrest warrant was issued for Bradshaw for multiple child pornography and sexual offense-related charges. On September 15, 2020, the FBI opened a case to assist the HCSO in locating and arresting Bradshaw. Bradshaw was believed to be out of state and his cell phone data at the time placed him in the vicinity of Abbeville, Mississippi. On September 17, 2020 Bradshaw was arrested in Oxford, Mississippi. Bradshaw has

7

remained in custody since. The case was closed out by the FBI as further assistance was not requested at that time.

### *Request for Assistance of FBI by HCSO*

In May/June of 2021, HCSO requested assistance from Special Agent Gaby Dye[1] of the FBI. On June 25, 2021, Dye received the evidence from HCSO and started the process of reopening the case. On August 19, 2021, a federal search warrant was signed by Robert B. Jones, Jr. United States Magistrate Judge in the Eastern District of North Carolina for the search of the red iPhone belonging to Bradshaw in file number 5:21-mj-1806.

### *Forensic Review of Bradshaw's Red iPhone 11*

A new extraction was completed by the FBI and Dye reviewed the contents. A review of the files revealed that the phone contained approximately <u>634 image files</u> and <u>501 video files</u> depicting minors engaged in sexually explicit conduct. This included images of child pornography depicting infants and toddlers, sadistic or masochistic conduct, and bestiality.

Included in these images were 170 video files and 211 image files depicting the sexual exploitation of Minor-1. The image and video files of Minor-1 were submitted to NCMEC to determine if the files had been seen before. The other files of child pornography were also submitted to NCMEC.

---

[1] At the time Special Agent Dye had the last name "Rees."

8

1. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ - **Production of Child Pornography Involving Minor-1 from February 12, 2020 through at least March 8, 2020.**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ At least three separate videos depicted the anal rape of Minor-1 ▮▮▮▮▮▮▮▮▮▮▮▮ Either location data, or the bedding that is similar to bedding where location data was found, indicate the videos were produced ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ The following are examples:

    a. **File Name**: IMG_12.MOV[2]
**File path**: 00008030-00122098146A802E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0012.MOV

**Description**: A video, approximately 01:47 in length, that shows an adult male engaging in anal intercourse with a prepubescent minor, who appears to be under the age of 10 and is lying face down.
**Image creation date**: 02/12/2020 at 6:07PM UTC
**Location Data:** N/A

    b. **File name:** IMG_0083.MP4 [3]
**File path:** 00008030-00122098146A802E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0083.MP4 Creation date, time: 3/6/2020, 7:54:21 PM UTC

---

[2] This file was distributed by Bradshaw on telegram to User-2 on May 22, 2020.
[3] This file was distributed by Bradshaw on telegram to User-2 on March 17, 2020.

9

**Description**: A video, approximately 00:11 seconds in length, that shows Bradshaw engaging in anal intercourse with Minor-1, ▮ a five-year old male at the time the video was created, laying on his

▮ The bedding is similar to that in the videos from March 6, 2020 and March 8, 2020 where location data was found).
Location Data: N/A

c. **File name:** IMG_0086.MOV[4]
   **File path:** 00008030-00122098146A802E_files_partial-

   afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0086.MOV

   **Creation date, time:** 3/8/2020, 11:00:16 AM UTC

   **Description**: A video, approximately 00:29 in length, that shows Joshuah Bradshaw (Bradshaw) engaging in anal intercourse with Minor-1, ▮

   **Location Data**: ▮

d. **File name:** IMG_0087.MOV[5]

---

[4] This file was distributed by Bradshaw on telegram to User-2 on March 17, 2020.
[5] This file was distributed by Bradshaw on telegram to User-2 on March 17, 2020.

10

**File path:** 00008030-00122098146A802E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0087.MOV

**Creation date, time**: 3/8/2020, 11:01:37 AM (UTC)

**Description**: A video, approximately 00:25 in length, that shows Bradshaw engaging in anal intercourse with Minor-1,

**Location Data**:

## 2. Production of Child Pornography Involving Minor-1 on May 16, 2020 (Count One).

At least one video depicting the exploitation of Minor-1 was located on iPhone 11 that was produced May 16, 2020:

e. **File name:** IMG_0302.MOV[6]
**File path:** 00008030-00122098146A802E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0302.MOV
**Creation date, time:** 5/16/2020
**Description:** A video that shows Bradshaw engaging in anal intercourse with Minor-1,

---

[6] This file was distributed by Bradshaw on telegram to User-2 on May 22, 2020.

11

**Location Data**: ███

3. **Production of Child Pornography Involving Minor-1 on May 29, 2020 (Count Three).**

   At least one video depicting the exploitation of Minor-1 was located on iPhone 11 from May 29, 2020:

   f. **File name:** IMG_0329.MOV[7]
   **File path:** 00008030-00122098146A802E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0329.MOV
   **Creation date, time:** 5/29/2020, 11:23:19 PM UTC (6:48:55PM local)
   **Description:** A video, approximately 01:37 in length, that shows Bradshaw engaging in anal intercourse with Minor-1, ███

   **Location Data**: ███

4. **Production of Child Pornography Involving Minor-1 on June 12, 2020 (Count Four).**

   At least two videos depicting the anal rape of Minor-1 on June 12, 2020 were located on Bradshaw's phone. The following are examples:

   g. **File Name:** IMG_0365.MOV
   **File path:** 00008030-00122098146A802E_files_partial-

---

[7] This file was distributed by Bradshaw on telegram to User-2 on May 29, 2020. A video matching this video (same length and depiction as IMG_329.MOV, but with a file name and file path associated with telegram, was distributed on telegram on July 24, 2020.

afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0365.MOV
**Creation date, time:** 6/12/2020, 11:48:55 PM UTC (6:48:55 PM local)
**Description:** A video, approximately 00:02 in length, that shows Minor-1, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ laying face up, fully nude with his genital area fully exposed to the camera, on top of Bradshaw, who is also laying face up, as Bradshaw engages in anal intercourse with Minor-1, while holding the camera as he takes the video. Bradshaw and Minor-1's faces are fully visible in the video.
**Location Data:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

h. **File name:** IMG_0366.MOV
**File path:** 00008030-00122098146A802E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0366.MOV
**Creation date, time:** 6/13/2020, 12:10:20 AM UTC
**Description:** A video, approximately 00:56 in length, that shows an adult male resembling Joshuah Bradshaw engaged in anal intercourse with Minor-1, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Location Data:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5. **Production of Child Pornography Involving Minor-1 on August 7, 2020 (Count Five).**

At least two videos depicting the exploitation of Minor-1 were located on iPhone 11 from August 7, 2020—the day J.T. reported the emails to law enforcement. The videos were produced at approximately 10:45PM UTC (6:45 EST) time on that day. In the conversation on

13

ProtonMail, as transcribed above, Tom W asks Bradshaw to send him files depicting the sexual exploitation of Minor-1. The two discuss Bradshaw recording or video chatting the sexual abuse of Minor-1 so Tom W can see it. This portion of the conversation occurs between 5:18PM and 5:31PM EST. The conversation resumes by Bradshaw at 5:56PM EST with the next and final message from Tom W at 6:05PM (EST. The last screenshot of the ProtonMail conversation with Tom W was taken by J.T. at 6:16PM (EST). While neither Minor-1's face nor Bradshaw's face are visible, the size of the minor, bedding, and the location data indicate that it does depict the two. The following are two file examples:

i. **File name:** IMG_560.MOV
**File path:** 00008030-00122098146A802E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0560.MOV
**Creation date, time:** 8/7/2020, 10:45:10 PM UTC (6:45:10 PM EST)
**Description:** A video, approximately 00:36 in length, that shows Bradshaw engaging in anal intercourse with a prepubescent minor male under the age of 10, who appears to be Minor-1. ▮

**Location Data:** ▮

j. **File name:** IMG_561.MOV
**File path:** 00008030-00122098146A802E_files_partial-afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0560.MOV

14

**Creation date, time:** 8/7/2020, 10:45:59 PM UTC (6:45:59 PM EST)
**Description:** A video, approximately 00:39 in length, that shows Bradshaw engaging in anal intercourse with a prepubescent minor male under the age of 10, who appears to be Minor-1. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**Location Data:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

## 6. Distribution of Child Pornography on August 7, 2020 (Count Two)

Numerous conversations on telegram were recovered from Bradshaw's phone. As the chats come from Bradshaw's phone, the actual telegram user name is not available. During the telegram chats, Bradshaw discusses the sexual exploitation of Minor-1. In many, Bradshaw exchanges child pornography. He distributes both child pornography he produced of Minor-1 and child pornography that does not appear to have previously produced. For example:

- From January 3, 2020 to February 25, 2020 Bradshaw trades child pornography back and forth with a user (User-1). He distributes child pornography that appears to have been produced by someone else. Bradshaw also distributes child pornography files depicting Minor-1. For example:
  - On January 6, 2020, Bradshaw distributes a video depicting the sexual exploitation of what appears to be Minor-1.

15

- On February 25, 2020, Bradshaw distributes IMG_018.MOV, the anal rap of Minor-1 while Minor-1 is wearing a diaper.

o From March 15, 2020 through August 2, 2020 Bradshaw is chatting with a user (User-2) where there is discussion of sexual exploitation and Bradshaw distributes videos of child pornography he produced of Minor-1. For example:

- On March 17, 2020, Bradshaw sends files depicting the sexual exploitation of Minor-1, including:

    i. IMG0018.MOV—anal rape through diaper
    ii. IMG0082.MOV—anal rape
    iii. IMG0083.MOV—described in section 1b above
    iv. IMG0086.MOV—described in section 1c above
    v. IMG0087.MOV—described in section 1d above

- On May 22, 2020 Bradshaw sends files depicting the sexual exploitation of Minor-1, including:

    i. IMG00302.MOV—described in section 2e above
    ii. IMG0083.MOV—described in section 1b above
    iii. IMG0082.MOV—anal rape
    iv. IMG0083.MOV—described in section 1a above.

- On May 29, 2020 Bradshaw sends files depicting the sexual exploitation of Minor-1, including:

    i. IMG00329.MOV—described in section 3f above.

16

- o From June 18, 2020 through August 1, 2020 Bradshaw is chatting with a user (User-3) where there is discussion of sexual exploitation and specifically the sexual exploitation of Minor-1. For example:
  - July 24, 2020, prior to the following video being sent, Bradshaw ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    i. Video file with a telegram file path that appears to be the same video as IMG_329.MOV as described in 3f above.
- o From July 2, 2020 through August 7, 2020, Bradshaw is chatting with a user (User-4) and the two are trading child pornography. Bradshaw only distributes files depicting his sexual exploitation of Minor-1. For example:
  - On July 2, 2020, Bradshaw sends the following video file:
    i. Video file with a telegram file path that appears to be the same video as IMG_329.MOV as described in 3f above.

### 7. Possession of Child Pornography on August 7, 2020 (Count Six)

While some of the child pornography files recovered from Bradshaw's red iPhone depicted Minor-1 and Minor 2, there were numerous other images depicting other minor victims. The following is an additional example:

k. **File name:** IMG_0344.MP4
   **File path:** 00008030-00122098146A802E_files_partial-

17

afu.zip\private\var\mobile\Media\DCIM\100APPLE\IMG_0344.MP4

**Creation date, time:** 5/22/2020, 9:08:40 PM

**Description:** video, approximately 00:16 in length, of an infant, who appears to be less than 12 months old, laying face up and crying with his/ her mouth open as an adult male moves his penis in and out of the infant's mouth. The adult male uses his hand to keep the infant's head from moving, and the adult male ejaculates inside the infant's mouth as the infant continues to cry.

### *NCMEC Reports*

On July 11, 2022, NCMEC provided a report dated July 8, 2022, indicating that some of the images and videos of child exploitation of Minor-1 had been seen before in other investigations. The case was therefore given a series name, ▓▓▓▓▓▓▓▓▓▓

Another report received on September 12, 2022 that was dated August 3, 2022, found 814 images, 345 video files, and 10 "other" files were identified, with 61 series identified. ▓▓▓▓▓▓▓▓▓▓ was listed with the most files with 821.

### *Interstate Commerce—Red iPhone 11*

Special Agent Dye indicated that the Red iPhone 11 seized from Bradshaw's person was not manufactured in the state of North Carolina. Further, it bears the IMEI 356547103719092.

This the 20th day of June, 2023.

SANDRA J. HAIRSTON<br>
United States Attorney

/S/ K. P. KENNEDY GATES
Assistant United States Attorney
NCSB No. 41259
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351

19

CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Renorda E. Herring, Esq.

        SANDRA J. HAIRSTON
        United States Attorney

        /S/ K. P. KENNEDY GATES
        Assistant United States Attorney
        NCSB No. 41259
        United States Attorney's Office
        Middle District of North Carolina
        101 S. Edgeworth St., 4th Floor
        Greensboro, NC 27401
        336/333-5351